NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 18-cv-21798-UU

VINCENZO SURACE,

    Plaintiff,

vs.

IL GIARDINO, LLC d/b/a Il Giardino, a Florida limited liability company, BARBRA PELLIGRINI, an individual, and IMAM DUZ, an individual,

    Defendants.
_____/

## PLAINTIFF'S MOTION TO REASSIGN CASE

COMES NOW Plaintiff VINCENZO SURACE ("Plaintiff"), who was an employee of Defendants IL GIARDINO, LLC, a Florida limited liability company ("Giardino LLC"), BARBRA PELLIGRINI, an individual ("Pelligrini"), and IMAM DUZ, an individual ("Duz") (together, "Defendants"), and moves this Honorable Court to reassign the instant case, and in support herein states:

1. Plaintiff filed his Complaint, seeking unpaid wages under the Fair Labor Standards Act, on May 7, 2018. DE 1.

2. The Civil Cover Sheet submitted with the filing of Plaintiff's Complaint states, in Section "VI. Related/Re-filed Case(s)," that the instant case is related to another case. DE 1-1.

3. That related case, *Bertone, et al v. Il Giardino, LLC, Pelligrini, and Duz¸* 17-cv-23234-JEM, also involves restaurant employees seeking damages under the FLSA against the same defendants, and the plaintiffs are also represented by the undersigned.

1

4. Plaintiff therefore seeks reassignment of the instant action to District Judge Jose E. Martinez's court.

WHEREFORE, Plaintiff VINCENZO SURACE respectfully asks this Honorable Court to reassign the instant case to the court of its related case, *Bertone, et al v. Il Giardino, LLC, Pelligrini, and Duz¸* 17-cv-23234-JEM, District Judge Jose E. Martinez.

Respectfully submitted this 16th day of May, 2018.

By: __s/Robert W. Brock II__
Robert W. Brock II, Esq.
Florida Bar No. 75320
robert@kuvinlaw.com
legal@kuvinlaw.com
*Law Office of Lowell J. Kuvin*
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
Fax: 305.358.6808
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **May 16, 2018**, I electronically filed the foregoing document via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: __s/Robert W. Brock II__
Robert W. Brock II, Esq.
Florida Bar No. 75320

**SURACE v. IL GIARDINO, LLC, PELLIGRINI, and DUZ**
**Case No.: 18-cv-21798-UU**