UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 18-CIV-21798-UNGARO/O'Sullivan

VINCENZO SURACE,

    Plaintiff,

vs.                                  STATEMENT OF CLAIM

IL GIARDINO, LLC d/b/a Il Giardino, a Florida limited liability company, BARBRA PELLIGRINI, an individual, and IMAM DUZ, an individual,

    Defendants.
_____/

## STATEMENT OF CLAIM

COMES NOW Plaintiff VINCENZO SURACE ("Plaintiff") and files his Statement of Claim for unpaid overtime wages, pursuant to Court Order DE 4. At this time, Plaintiff is not in possession of his time and pay records throughout the relevant time period, and reserves his right to amend as litigation proceeds.

**For Plaintiff VINCENZO SURACE**

**Period Claimed:** July, 2017 to March, 2018, approximately.

**Weeks:** 35, approximately.

**Hours Worked:** Plaintiff worked for Defendants as a dishwasher in their restaurant, Columbus. He was an hourly, non-exempt employee. He was initially paid through paycheck, but after the initial period he was paid in cash. He worked both double shifts that began at 8am and ended at "closing" (average end of shift: 3:30am), and evening shifts that began at an average of 4pm until closing. Plaintiff worked an average of six shifts per week

1

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808

throughout his employment. For some overtime hours worked he was paid at his straight regular rate of pay ($9.00 per hour), and for other overtime hours he was not paid at all.

**WAGES OWED:**

**Overtime Wages – Straight Pay**

| Year | Weeks Worked | OT Hours - Straight Pay | OT Wage | OT Paid | Difference | Minimum Wage Owed |
|---|---|---|---|---|---|---|
| 2017 | 26 | 36 | $13.50 | $9.00 | $4.50 | $4,212.00 |
| 2018 | 9 | 36 | $13.50 | $9.00 | $4.50 | $1,458.00 |

**Total Overtime Owed (Straight Wage): $5,670.00**

**Overtime Wages – Unpaid**

| Year | Weeks Worked | OT Hours - Unpaid | OT Wage | OT Paid | Difference | Overtime Wage Owed |
|---|---|---|---|---|---|---|
| 2017 | 26 | 20 | $13.50 | $0.00 | $13.50 | $7,020.00 |
| 2018 | 9 | 20 | $13.50 | $0.00 | $13.50 | $2,430.00 |

**Total Overtime Owed (Unpaid Hours): $9,450.00**

With an equal amount of liquidated damages for these willful violations, Plaintiff is owed a total of $15,120, plus reasonable attorney's fees and costs.

Respectfully submitted this 25th day of May, 2018.

By:   **s/Robert W. Brock II**
Robert W. Brock II, Esq.
Florida Bar No. 75320
robert@kuvinlaw.com
legal@kuvinlaw.com
*Law Office of Lowell J. Kuvin*
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
Fax: 305.358.6808
*Attorney for Plaintiffs*

2

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **May 25, 2018**, I electronically filed the foregoing document via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: __s/Robert W. Brock II__
 Robert W. Brock II, Esq.
 Florida Bar No. 75320

3

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808