## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:18-CV-21798-UU

Plaintiff:
**VINCENZO SURACE**

vs.

Defendant:
**IL GIARDINO, LLC d/b/a Il GIARDINO, a Florida limited liability company, BARBARA PELLIGRINI, an individual, and IMAM DUZ, an individual**

For:
Robert Brock, Esq.
LOWELL J. KUVIN, LAW OFFICES
17 East Flagler St.
Suite 223
Miami, FL 33131

Received by Metro Process Service, Inc. on the 16th day of May, 2018 at 1:27 pm to be served on **IL GIARDINO, LLC, c/o Registered Agent CRAIG M. DORNE, PA, 3132 PONCE DE LEON BLVD, CORAL GABLES, FL 33134**.

I, Jesus Guerra, do hereby affirm that on the **24th day of May, 2018** at **10:05 am, I:**

EFFECTED CORPORATE SERVICE by serving the within named Limited Liability Corporation by delivering a true copy of the Summons In a Civil Action and Complaint (Demand For Jury Trial) at the address of 2655 LEJEUNE RD, PH2C, CORAL GABLES, FL 33134 with the date and hour endorsed thereon by me to JESIE CUELLAR as AUTHORIZED AGENT / EMPLOYEE of the Registered Agent listed with the Florida Division of Corporations, pursuant to F.S. 48.062 (1).

**Additional Information pertaining to this Service:**
1ST ADDRESS - ATTEMPTED SERVICE AT 3132 PONCE DE LEON BLVD., CORAL GABLES, FL 33134 WHERE I WAS ADVISED THAT MR. DORNE (R/A) NO LONGER KEEPS AN OFFICE AT THIS LOCATION.

2ND ADDRESS - LOCATED AND SERVED AT THE ALTERNATE ADDRESS PROVIDED, 2655 LE JEUNE ROAD, PH 2C, CORAL GABLES, FL 33134

I certify that I am over the age of 18, have no interest in the above action, and am authorized, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.

Jesus Guerra
C.P.S #935

Metro Process Service, Inc.
19 West Flagler Street
Suite #418
Miami, FL 33130
(305) 374-7387

Our Job Serial Number: MPS-2018001858

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

VINCENZO SURACE,

*Plaintiff(s)*

v.   Civil Action No. 1:18-cv-21798-UU

IL GIARDINO, LLC d/b/a Il Giardino, a Florida limited liability company, BARBRA PELLIGRINI, an individual, and IMAM DUZ, an individual,

*Defendant(s)*

*Handwritten annotations:* Sect of RA. Jesie Cuellar

*Stamp:* METRO PROCESS SVCE. REC'D ___ SERVED ___ DATE ___ TIME 10:05 AM PS ___ 5/24/18

*Handwritten:* Served at 2655 S LeJeune Rd ph 2C

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  IL GIARDINO, LLC, c/o Registered Agent
CRAIG M. DORNE, PA
~~3132 PONCE DE LEON BLVD~~
~~CORAL GABLES, FL 33134~~

*Handwritten:* No longer at this address

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert W. Brock II, Esq.
The Law Office of Lowell J. Kuvin, LLC
17 East Flagler, Street, Suite 223
Miami, Florida 33131
Tel: 305.358.6800
Fax: 305358.6808

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____05/07/2018_____

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Randi Marks
Deputy Clerk
U.S. District Courts