UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 18-21798-CIV-MARTINEZ-OTAZO-REYES

VINCENZO SURACE,

    Plaintiff,

vs.

IL GIARDINO, LLC d/b/a Il Giardino, a Florida
limited liability company, BARBRA
PELLIGRINI, an individual, and IMAM DUZ,
an individual,

    Defendants.
_____/

## ORDER VACATING ECF NO. 5 AND
## DIRECTING PARTIES TO FILE CERTIFICATES OF INTERESTED PARTIES

THIS MATTER came before the Court upon a *sua sponte* review of the file. On May 30, 2018, this case was reassigned to this Court [ECF No. 8]. Prior to the case's reassignment, Judge Ungaro issued an Order Setting Initial Planning and Scheduling Conference [ECF No. 5]. As this matter has been reassigned, this Court hereby **vacates** ECF. No. 5 and issues this Order. To efficiently, expeditiously, and economically resolve this dispute, it is hereby:

ORDERED:

1. Plaintiff shall forward a copy of this Order to all Defendants, upon notice or appearance of defense counsel or *pro se* Defendant.

2. Discovery in this case shall be conducted in accordance with the Federal Rules of Civil Procedure and Southern District of Florida Local Rules, except the deadlines under Local Rules 16.1(d), (e), (h), (j), (k), and (l), may be modified by further order of the Court.

3. **The parties are to submit Certificates of Interested Parties and Corporate Disclosure Statements.** The Plaintiff, Defendants, Intervenors, and *Amicus Curiae*, including governmental parties SHALL FILE a Certificate of Interested Persons and Disclosure Statement, which shall contain a **complete** list of persons, associated persons, firms, partnerships or

1

corporations that have a financial interest in the outcome of this case, including **ALL** subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. At a minimum, this list should include the parties and any counsel that have appeared in this case. Next to reach name should be the reason why such person or entity has a financial interest in the outcome of the case. For example, ABC Law Firm – counsel for Plaintiff XYZ Corporation. Each party shall file the original Certificate by the later of (a) 15 days from the date of this Order; or (b) if a party has not appeared in the case as of the date of this Order, then such party may have until 15 days from the date of such party's initial appearance. Throughout the pendency of this action, the parties shall be under a continuing duty to amend, correct, and update the certificate. **The parties SHALL NOT include the names of the assigned District Judge and Magistrate Judge, merely by virtue of this case being assigned to them.**

4. Every motion filed in this case shall be accompanied by **one proposed original order** granting the motion.

5. The parties shall be under a continuing duty to ensure the Clerk of the Court is provided with the up-to-date service information.

6. The parties SHALL NOT provide courtesy copies to Chambers, unless requested, in accordance with Local Rule 5.1.C.

7. The parties shall jointly complete and file with the Court the Magistrate Judge Jurisdiction Election forms appended to this Order. The Court will not accept the unilateral submissions in this regard; thus, a "Yes" should be checked only if all parties agree. If the parties consent to a full disposition of the case by the Magistrate Judge, including trial and entry of final judgment, the parties shall jointly file the appropriate election form appended to this Order.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of August, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 18-21798-CIV-MARTINEZ-OTAZO-REYES

VINCENZO SURACE,
    Plaintiff,

vs.

IL GIARDINO, LLC d/b/a II Giardino, a Florida limited liability company, BARBRA PELLIGRINI, an individual, and IMAM DUZ, an individual,
    Defendants.
_____/

**ELECTION TO JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs      Yes _____ No _____
2. Motions for Attorney's Fees      Yes _____ No _____
3. Motions for Sanctions      Yes _____ No _____
4. Motions to Dismiss      Yes _____ No _____
5. Motions for Summary Judgment      Yes _____ No _____
6. Discovery      Yes _____ No _____
7. Other (specify) _____

_____    _____
(Date)    (Signature--Plaintiff's Counsel)

_____    _____
(Date)    (Signature--Plaintiff's Counsel)

_____    _____
(Date)    (Signature--Defendant's Counsel)

_____    _____
(Date)    (Signature--Defendant's Counsel)

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 18-21798-CIV-MARTINEZ-OTAZO-REYES**

VINCENZO SURACE,

    Plaintiff,

vs.

IL GIARDINO, LLC d/b/a II Giardino, a Florida limited liability company, BARBRA PELLIGRINI, an individual, and IMAM DUZ, an individual,

    Defendants.

_____/

## ELECTION TO JURISDICTION BY A
## UNITED STATES MAGISTRATE JUDGE FOR TRIAL

    In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge conduct any and all further proceedings in the case, including TRIAL, and entry of final judgment with respect thereto.

| _____ | _____ |
|---|---|
| (Date) | (Signature--Plaintiff's Counsel) |
| _____ | _____ |
| (Date) | (Signature--Plaintiff's Counsel) |
| _____ | _____ |
| (Date) | (Signature--Defendant's Counsel) |
| _____ | _____ |
| (Date) | (Signature--Defendant's Counsel) |